■ In the Matter of CITIBANK, N. A., Appellant, v STATE TAX COMMISSION OF THE STATE OF NEW YORK et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered June 1, 1979 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, seeking to reverse and set aside a declaratory ruling of the respondent State Tax Commission. Judgment affirmed, without costs, upon the opinion of Mr. Justice Doran at Special Term. Sweeney, J. P., Main, Mikoll, Casey and Herlihy, JJ., concur.